# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 10-0061-01-CR-W-FJG |
| Keyanna L. Hollins, | ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is the issue of defendant's mental competency. On July 1, 2010, defendant filed a motion for determination of competency (Doc. #17) which was granted by United States Magistrate Judge Sarah W. Hays (Doc. #18, July 7, 2010). Judge Hays held a hearing regarding defendant's mental competency on October 5, 2010, at which time the parties stipulated to the forensic evaluation by Drs. Robert Gregg, Ph.D. and Christine Anthony, Ph.D.

Judge Hays consequently issued a report and recommendation finding that defendant is not currently suffering from a mental disease or defect which would prevent her from understanding the nature and consequences of the proceedings against her or assisting in her own defense, and that she is competent to stand trial (Doc. #23, October 6, 2010). No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is not currently suffering from a mental disease or defect which would prevent her from understanding the nature and consequences of the proceedings against her or assisting in her own defense, and that she is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated:   10/13/10
Kansas City, Missouri